[No. 3801–II.  Division Two.  January 18, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
A. Ross, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 66799, John H. Kirkwood, J., entered
November 22, 1978. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 6754–1–I.  Division One.  January 21, 1980.]

HINDQUARTER CORPORATION, *Appellant,* v. PROPERTY
DEVELOPMENT CORPORATION, *Respondent,* LLOYD
DuBois, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 833537, Frank H. Roberts, Jr., J., entered June
16, 1978. *Reversed* and *remanded* by unpublished opinion
per Ringold, J., concurred in by James, A.C.J., and
Andersen, J.

[No. 6764–8–I.  Division One.  January 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
TIMOTHY WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84018, Barbara J. Rothstein, J., entered July
14, 1978. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Dore and Ringold, JJ.

[No. 6824–5–I.  Division One.  January 21, 1980.]

LLOYD FATHERS, *Appellant,* v. RUSSELL FATHERS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 818659, Stephen M. Reilly, J., entered August
30, 1978. *Affirmed* by unpublished opinion per Ryan, J. Pro
Tem., concurred in by James, A.C.J., and Swanson, J.